OPINION — AG — **** COURT FUND — COURT CLERK — TRAVEL EXPENSES **** TRAVEL OR OTHER NECESSARY EXPENSES FOR THE OFFICIAL BUSINESS OF THE COURT CLERK'S OFFICE AUTHORIZED BY 19 O.S. Supp. 1969, SECTION 180.47[19-180.47] [19-180.47], MAY NOT BE PAID FROM THE COURT FUND OF THE COUNTY. A GENERAL FUND APPROPRIATION SHOULD BE MADE AT THE BEGINNING OF THE FISCAL YEAR FOR THIS PURPOSE. CITE: 19 O.S. 1969 Supp., 180.47 [19-180.47], 20 O.S. 1969 Supp., 1304 [20-1304] W. J. MONROE